USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL-30-2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IDRIS PAYNE, RASFA RAMSAY, AND PETER VLASTARAS,

        Plaintiff,

  -against-

THE CITY OF NEW YORK, PATRICK ALMONOR, SUJAT KHAN, DANIEL RIERA, JULIO SANTIAGO, AND SANTIAGO PERALTA,

        Defendants.
----------------------------------------------------------------x

STIPULATION AND ORDER
OF DISMISSAL

14 CV 1805 (GBD) (RWL)

    **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
       July 18, 2018

| | |
|---|---|
| JOEL B. RUDIN, ESQ.<br>HARAN TAE, ESQ.<br>*Attorneys for Plaintiff Rasfa Ramsay*<br>Law Office of Joel B. Rudin<br>200 West 57th Street, Suite 900<br>New York, New York 10019<br>(212) 752-7600<br><br>By: _____<br>Joel B. Rudin | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Patrick Almonor, Sujat Khan, Daniel*<br>  *Riera, Julio Santiago, and Santiago*<br>  *Peralta*<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2355<br><br>By: _____<br>Susan P. Scharfstein |

2

RONALD E. KLEIGERMAN, ESQ.
*Attorney for Plaintiff Rasfa Ramsay*
Kleigerman & Joseph, LLP
Two Rector Street, 20th Floor
New York, New York 10006
(212) 964-2500

By: _____
Ronald E. Kleigerman

DAVID SHANIES, ESQ.
JOEL WERTHEIMER, ESQ.
*Attorneys for Plaintiff Peter Vlastaras*
David B. Shanies Law Office
411 Lafayette Street, Suite 600
New York, New York 10003
(212) 951-1710

By: _____
David Shanies

SO ORDERED:

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
Dated: JUL 3 0 2018, 2018